**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| JOSE LUIS GUTIERREZ CHANOCUA, | ) | |
| | ) | Case No. 26-cv-10869-ADB |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONE MONIZ, el. al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**PROPOSED ORDER ON PETITIONER'S MOTION FOR TEMPORARY**
**RESTRAINING ORDER**

1. Good cause having been shown, this Court ORDERS that Respondents must immediately release the Petitioner from detention.

2. In the alternative, this Court hereby sets a bail in the amount of $5000 and any other conditions this Court deems appropriate during the pendency of this matter.

3. If the Court deems it necessary and proper to hold a hearing on the bail, Petitioner respectfully requests a hearing be scheduled within 7 days.

IT IS SO ORDERED.

Dated: _____, 2026

_____
United States District Court Judge Burroughs